**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Levy Samuel STEPHEN, Defendant–
Appellant.**

**No. 03–6644.**

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 8, 2003.

Decided Sept. 25, 2003.

Levy Samuel Stephen, Appellant Pro Se.
Anne Margaret Hayes, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Levy Samuel Stephen seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We vacated and remanded a previous order, finding the district court erred by summarily denying Stephen's claim that he received ineffective assistance of counsel. Upon remand, the district court held an evidentiary hearing and again denied relief. We have independently reviewed the record and conclude that Stephen has not made a substantial showing of the denial of a constitutional right. *See Miller–El v. Cockrell*, 537 U.S. 322, 123 S.Ct. 1029, 1040, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*